# *IN THE DISTRICT COURT OF THE UNITED STATES*

# *for the Western District of New York*

|  |  |
|---|---|
|  | **October 2019 GRAND JURY**<br>**(Impaneled 10/11/2019)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | Violations: |
| **PHILLIP M. CLOSE** | Title 18, United States Code,<br>Sections 2251(a), 2251(e),<br>2252A(a)(5)(B), and 2252A(b)(2)<br>(74 Counts and Forfeiture Allegation) |

**COUNTS 1 THROUGH 61**
**(Production of Child Pornography)**

**The Grand Jury Charges That:**

Between in or about 2012 and on or about December 5, 2019, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendant, PHILLIP M. CLOSE, did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, the minor victims set forth below, persons known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which visual depictions were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer:

| COUNT | MINOR VICTIM |
|---|---|
| 1 | Minor Victim 1 |
| 2 | Minor Victim 2 |
| 3 | Minor Victim 3 |
| 4 | Minor Victim 4 |
| 5 | Minor Victim 5 |
| 6 | Minor Victim 6 |
| 7 | Minor Victim 7 |
| 8 | Minor Victim 8 |
| 9 | Minor Victim 9 |
| 10 | Minor Victim 10 |
| 11 | Minor Victim 11 |
| 12 | Minor Victim 12 |
| 13 | Minor Victim 13 |
| 14 | Minor Victim 14 |
| 15 | Minor Victim 15 |
| 16 | Minor Victim 16 |
| 17 | Minor Victim 17 |
| 18 | Minor Victim 18 |
| 19 | Minor Victim 19 |
| 20 | Minor Victim 20 |
| 21 | Minor Victim 21 |
| 22 | Minor Victim 22 |
| 23 | Minor Victim 23 |
| 24 | Minor Victim24 |
| 25 | Minor Victim 25 |
| 26 | Minor Victim 26 |
| 27 | Minor Victim 27 |
| 28 | Minor Victim 28 |
| 29 | Minor Victim 29 |
| 30 | Minor Victim 30 |
| 31 | Minor Victim 31 |
| 32 | Minor Victim 32 |
| 33 | Minor Victim 33 |
| 34 | Minor Victim 34 |
| 35 | Minor Victim 35 |
| 36 | Minor Victim 36 |
| 37 | Minor Victim 37 |

| COUNT | MINOR VICTIM |
|---|---|
| 38 | Minor Victim 38 |
| 39 | Minor Victim 39 |
| 40 | Minor Victim 40 |
| 41 | Minor Victim 41 |
| 42 | Minor Victim 42 |
| 43 | Minor Victim 43 |
| 44 | Minor Victim 44 |
| 45 | Minor Victim 45 |
| 46 | Minor Victim 46 |
| 47 | Minor Victim 47 |
| 48 | Minor Victim 48 |
| 49 | Minor Victim 49 |
| 50 | Minor Victim 50 |
| 51 | Minor Victim 51 |
| 52 | Minor Victim 52 |
| 53 | Minor Victim 53 |
| 54 | Minor Victim 54 |
| 55 | Minor Victim 55 |
| 56 | Minor Victim 56 |
| 57 | Minor Victim 57 |
| 58 | Minor Victim 58 |
| 59 | Minor Victim 59 |
| 60 | Minor Victim 60 |
| 61 | Minor Victim 61 |

**All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).**

**COUNTS 62 THROUGH 74**
**(Possession of Child Pornography)**

**The Grand Jury Further Charges That:**

Between on or before December 5, 2019, the exact dates being unknown, and on or about December 8, 2019, in the Western District of New York, and elsewhere, the defendant, PHILLIP M. CLOSE, did knowingly possess, and access with intent to view, the material set

forth below, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer:

| COUNT | MATERIAL |
|---|---|
| 62 | Western Digital My Book, Serial Number WMC1T2077371 |
| 63 | ASUS Desktop Computer, Serial Number J1PDCG002644013 |
| 64 | ASUS Laptop, Model 7265NGW, Serial Number G3N0CX063175115 |
| 65 | Intel Solid State drive 1TB, Model SSDPEKNW01OTB, Serial Number PHNH9135026R1P0B |
| 66 | Custom Built Spy Camera w/ADATA 16 Micro SD Card, Serial Number 61661213G2188A76004 |
| 67 | ZTE Cell Phone, Model Z812, IMEI 869578027703433, Serial Number 327B64275A00 |
| 68 | DVD entitled "movies1" |
| 69 | DVD entitled "movies" |
| 70 | DVD entitled "movies15" |
| 71 | DVD entitled "movies29" |
| 72 | DVD entitled "movies25" |
| 73 | DVD entitled "movies29" |
| 74 | DVD entitled "movies26" |

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of any of the offenses set forth in Counts 1 through 74 of this Indictment, the defendant, PHILLIP M. CLOSE, shall forfeit to the United States any matter which contains any visual depiction of child pornography, which was produced, transported, mailed, shipped, or received and/or any and all property, real and personal, used or intended to be used to commit or to promote the commission of such offenses, and all property traceable to such property, including but not limited to the following:

a. One (1) Western Digital My Book, Serial Number WMC1T2077371;

b. One (1) ASUS Desktop Computer, Serial Number J1PDCG002644013 with (2) hard drives:

    i. Western Digital 1 TB, Serial number WCATR582870; and

    ii. Toshiba 2 TB, Serial Number 77H5JNEAS;

c. One (1) ASUS Laptop, Model 7265NGW, Serial Number G3N0CX063175115 with power cord;

d. One (1) Intel Solid State drive 1TB, Model SSDPEKNW01OTB, Serial Number PHNH9135026R1P0B;

e. One (1) Custom Built Spy Camera w/ADATA 16 Micro SD Card, Serial Number 61661213G2188A76004;

f. One (1) ZTE Cell Phone, Model Z812, IMEI 869578027703433, Serial Number 327B64275A00;

g. One (1) Custom Built Spy Camera with Kingston 16 GB Micro SD Card;

h. Seven (7) Custom Built Cameras, No Identifying Numbers;

i. Clock Spy Camera, No Identifying Numbers;

j. One (1) DVD entitled "movies1";

k. One (1) DVD entitled "movies";

l. One (1) DVD entitled "movies15";

m. One (1) DVD entitled "movies29";

n. One (1) DVD entitled "movies25";

o. One (1) DVD entitled "movies29";

p. One (1) DVD entitled "movies26";

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

DATED: Rochester, New York, December 10, 2020.

JAMES P. KENNEDY, JR.
United States Attorney

BY:   s/MEGHAN K. McGUIRE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street
Rochester, New York 14614
585/399-3922
Meghan.McGuire@usdoj.gov

A TRUE BILL:

s/FOREPERSON