**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

### United States District Court

__Western__ District of __New York__

Caption:

UNITED STATES v.

PHILIP M. CLOSE

Docket No.: 20-cr-6135(CJS)

Hon. Charles J. Siragusa
(District Court Judge)

Notice is hereby given that __Philip M. Close__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)

entered in this action on __August 9, 2021__.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [✓] | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987?  Yes [✓]   No [ ]   N/A [ ]

Date of sentence: __August 3, 2021__   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Jay S. Ovsiovitch |
| Counsel's Address: | Federal Public Defender's Office, WDNY |
| | 28 E. Main St., Ste. 400, Rochester, NY 14614 |
| Counsel's Phone: | 585-263-6201 |
| | |
| Assistant U.S. Attorney: | Tiffany H. Lee |
| AUSA's Address: | 100 State St., Room 620 |
| | Rochester, NY 14614 |
| AUSA's Phone: | 585-263-6760 |

/s/Jay Ovsiovitch
Signature