UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES

v.

PHILIP M. CLOSE,
       *Defendant.*

Docket No. 20-cr-6135(CJS)

INDEX TO RECORD ON APPEAL

Please include all documents on the attached docket sheet as part of the Index to the Record on Appeal.

It is our intention to order the following transcript:

Sentencing Transcript of August 3, 2021.

When filed with the Court, we respectfully request that this transcript be included as part of the Record on Appeal.

Dated:  August 10, 2021
     Rochester, New York

               Respectfully submitted,

                /s/Jay Ovsiovitch
               JAY S. OVSIOVITCH
               Assistant Federal Public Defender

To: Tiffany H. Lee, AUSA

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
## CRIMINAL DOCKET FOR CASE #: 6:20-cr-06135-CJS-MJP-1

CASREF

Case title: USA v. Close  
Magistrate judge case number: 6:19-mj-00721-MJP

Date Filed: 12/10/2020  
Date Terminated: 08/06/2021

Assigned to: Hon. Charles J. Siragusa  
Referred to: Hon. Mark W. Pedersen

### Defendant (1)

**Philip M. Close**  
*TERMINATED: 08/06/2021*

represented by **Anne M. Burger**  
Federal Public Defender  
28 East Main Street  
Suite 400  
Rochester, NY 14614  
585-263-6201  
Fax: 585-263-5871  
Email: anne_burger@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender Appointment*

### Pending Counts

18:2251.F SEXUAL EXPLOITATION OF CHILDREN  
(1-61)

### Disposition

Defendant is sentenced to the custody of the Bureau of Prisons for a term of 360 months on each of Counts 1 through 61 to run concurrently to each other, and 240 months on each of Counts 62 through 74 to run concurrently to each other, and to run consecutively to Counts 1 through 61, for a total term of 600 months (cost of incarceration fee waived); supervised release upon release from imprisonment for a term of 10 years on each of Counts 1 through 74, all to run concurrently, for a total term of 10 years; no fine; $2500 AVAA assessment; $100 special assessment on each count, for a total of $7400 due immediately; no JVTA assessment; forfeiture of property as set forth; and other conditions as set forth.

| | |
|---|---|
| 18:2252A.F ACTIVITIES RELATING TO MATERIAL CONTAINING CHILD PORNOGRAPHY<br>(62-74) | Defendant is sentenced to the custody of the Bureau of Prisons for a term of 360 months on each of Counts 1 through 61 to run concurrently to each other, and 240 months on each of Counts 62 through 74 to run concurrently to each other, and to run consecutively to Counts 1 through 61, for a total term of 600 months (cost of incarceration fee waived); supervised release upon release from imprisonment for a term of 10 years on each of Counts 1 through 74, all to run concurrently, for a total term of 10 years; no fine; $2500 AVAA assessment; $100 special assessment on each count, for a total of $7400 due immediately; no JVTA assessment; forfeiture of property as set forth; and other conditions as set forth. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2251.F - SEXUAL EXPLOITATION OF CHILDREN | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Meghan K. McGuire**<br>U.S. Attorney's Office<br>100 State Street<br>Rochester, NY 14614<br>585-399-3922<br>Fax: 585-399-3920<br>Email: meghan.mcguire@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: government attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2019 | 1 | COMPLAINT as to Philip M. Close (1). (JB) [6:19-mj-00721-MJP] (Entered: 12/10/2019) |
| 12/10/2019 | 2 | MOTION to Seal Case by USA as to Philip M. Close. (JB) [6:19-mj-00721-MJP] (Entered: 12/10/2019) |
| 12/10/2019 | 3 | ORDER granting 2 Motion to Seal as to Philip M. Close (1). Signed by Hon. Mark W. Pedersen on 12/10/2019.(JB) [6:19-mj-00721-MJP] (Entered: 12/10/2019) |
| 12/10/2019 |   | Arrest of Philip M. Close (JB) [6:19-mj-00721-MJP] (Entered: 12/10/2019) |
| 12/10/2019 |   | Set/Reset Hearings as to Philip M. Close: Initial Appearance set for 12/10/2019 03:00 PM in Courtroom 4 before Hon. Mark W. Pedersen. (JB) [6:19-mj-00721-MJP] (Entered: 12/10/2019) |
| 12/10/2019 |   | Case unsealed as to Philip M. Close, Attorney update in case as to Philip M. Close. Attorney Anne M. Burger for Philip M. Close added. (JB) [6:19-mj-00721-MJP] (Entered: 12/11/2019) |
| 12/10/2019 | 4 | Minute Entry for proceedings held before Hon. Mark W. Pedersen:Initial Appearance as to Philip M. Close held on 12/10/2019. Appearances: Anne M. Burger, AFPD w/ deft, Meghan K. McGuire, AUSA, and Sarah Whitcomb, USPO. Deft advised of charges and rights. Deft requests court appointed counsel, Anne M. Burger appointed to represent deft after review of financial affidavit. Govt moves for detention based on risk of flight and danger to the community. Deft seeks an adjournment to meet with the State Court Public Defender regarding State Court charges. Deft waives the statutory time for a Detention Hearing. Detention Hearing set for 12/17/2019 @ 11:00AM. TIME EXCLUDED FROM 12/10/2019 TO 12/17/2019 FOR REASONS STATED ON THE RECORD. Deft remains in custody. (Court Reporter FTR Gold.)(JB) [6:19-mj-00721-MJP] (Entered: 12/11/2019) |
| 12/10/2019 | 5 | CJA 23 Financial Affidavit by Philip M. Close. (JB) [6:19-mj-00721-MJP] (Entered: 12/11/2019) |
| 12/12/2019 | 6 | Arrest Warrant Returned Executed on 12/10/2019 in case as to Philip M. Close. (JB) [6:19-mj-00721-MJP] (Entered: 12/12/2019) |
| 12/17/2019 | 7 | Minute Entry for proceedings held before Hon. Mark W. Pedersen:Status Conference as to Philip M. Close held on 12/17/2019. Appearances: Anne M. Burger, AFPD w/ deft, and Meghan K. McGuire, AUSA. Detention Hearing not held. Parties seeking 60-day adjournment for purposes of reviewing discovery. Parties will attempt to resolve bail issue without the need for a Detention Hearing. Status Conference/Set PH date set for 2/14/2020 @ 9:30AM. TIME EXCLUDED FROM 12/17/2019 TO 2/14/2020 FOR REASONS STATED ON THE RECORD. Deft remains in custody. (Court Reporter FTR Gold.)(JB) [6:19-mj-00721-MJP] (Entered: 12/18/2019) |
| 12/18/2019 | 8 | TEXT ORDER: After correspondence between parties and the Court, defendant is requesting a Detention Hearing. Detention Hearing set for 1/13/2020 at 10:00AM before Hon. Mark W. Pedersen. Time remains excluded |

| | | |
|---|---|---|
| | | for reasons previously stated on the record. Signed by Hon. Mark W. Pedersen on 12/18/2019.(JB) [6:19-mj-00721-MJP] (Entered: 12/18/2019) |
| 01/09/2020 | | CALENDAR EVENT as to Philip M. Close: Detention Hearing set for 1/13/2020 at 02:30 PM before Hon. Mark W. Pedersen. **PLEASE NOTE THE CHANGE IN TIME.**(JB) [6:19-mj-00721-MJP] (Entered: 01/09/2020) |
| 01/10/2020 | 9 | MOTION to Adjourn Detention Hearing, MOTION to Exclude Time by Philip M. Close. (JB) [6:19-mj-00721-MJP] (Entered: 01/10/2020) |
| 01/10/2020 | 10 | ORDER granting 9 Motion to Adjourn Detention Hearing as to Philip M. Close (1); granting 9 Motion to Exclude Time as to Philip M. Close (1). Detention Hearing reset for 2/14/2020 at 9:30 AM before Hon. Mark W. Pedersen. Signed by Hon. Mark W. Pedersen on 1/10/2020.(JB) [6:19-mj-00721-MJP] (Entered: 01/10/2020) |
| 02/12/2020 | 11 | MOTION to Adjourn status hearing and consent to order of detention by Philip M. Close. (Burger, Anne) [6:19-mj-00721-MJP] (Entered: 02/12/2020) |
| 02/14/2020 | 12 | ORDER granting 11 Motion to Adjourn Status Conference as to Philip M. Close (1). Status Conference/Set PH date reset for 4/13/2020 at 9:30 AM before Hon. Mark W. Pedersen. At defendant's request, time shall be excluded in the interests of justice under 18 U.S.C. § 3161(h)(7) between today and the date of the conference. Signed by Hon. Mark W. Pedersen on 2/13/2020.(JB) [6:19-mj-00721-MJP] (Entered: 02/19/2020) |
| 03/17/2020 | 13 | MOTION to Adjourn status hearing and exclude time by Philip M. Close. (Burger, Anne) [6:19-mj-00721-MJP] (Entered: 03/17/2020) |
| 03/18/2020 | 14 | TEXT ORDER: The Motion to Adjourn Status Conference (ECF No. 13 ) is GRANTED. The Status Conference shall be adjourned until 5/26/2020 at 1:00 PM. At defendant's request, time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (h)(7)(a). I find that the defendant's and the public's interest in a speedy trial are outweighed by the defendant's and counsel's health and safety during the COVID-19 outbreak, as described in Chief Judge Geraci's General Order dated 3/13/2020. SO ORDERED. Signed by Hon. Mark W. Pedersen on 3/18/2020.(JB) [6:19-mj-00721-MJP] (Entered: 03/18/2020) |
| 05/20/2020 | 15 | MOTION to Adjourn status and exclude time by Philip M. Close. (Burger, Anne) [6:19-mj-00721-MJP] (Entered: 05/20/2020) |
| 05/22/2020 | 16 | TEXT ORDER as to Philip M. Close: The Motion to Adjourn Status Conference (ECF No. 15 ) is GRANTED. The Status Conference shall be adjourned until 7/8/2020 at 9:30 AM. At defendant's request, time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (h)(7)(a). I find that the defendant's and the public's interest in a speedy trial are outweighed by the defendant's and counsel's health and safety during the COVID-19 outbreak, as described in Chief Judge Geraci's General Order dated 3/13/2020. SO ORDERED. Signed by Hon. Mark W. Pedersen on 5/22/2020.(JB) [6:19-mj-00721-MJP] (Entered: 05/22/2020) |
| 07/02/2020 | 17 | MOTION to Adjourn of status and exclude time by Philip M. Close. (Burger, Anne) [6:19-mj-00721-MJP] (Entered: 07/02/2020) |
| 07/07/2020 | 18 | TEXT ORDER granting 17 Motion to Adjourn Status Conference as to Philip |

| | | |
|---|---|---|
| | | M. Close (1). The Status Conference shall be adjourned until 8/6/2020 at 9:30 AM. At defendant's request, time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (h)(7)(A). I find that the defendant's and the public's interest in a speedy trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government. SO ORDERED. Signed by Hon. Mark W. Pedersen on 7/7/2020.(JB) [6:19-mj-00721-MJP] (Entered: 07/07/2020) |
| 08/04/2020 | 19 | MOTION to Adjourn of status and exclude time by Philip M. Close. (Burger, Anne) [6:19-mj-00721-MJP] (Entered: 08/04/2020) |
| 08/04/2020 | 20 | TEXT ORDER granting 19 Motion to Adjourn Status Conference as to Philip M. Close (1). The Status Conference shall be adjourned until 9/8/2020 at 9:30 AM. At defendant's request, time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (h)(7)(A). I find that the defendant's and the public's interest in a speedy trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government. The matter will take place in the Courthouse. Parties wishing to listen to the proceeding should contact 877-402-9753, and enter access code 7137484 at the scheduled date and time. SO ORDERED. Signed by Hon. Mark W. Pedersen on 8/4/2020.(JB) [6:19-mj-00721-MJP] (Entered: 08/04/2020) |
| 09/01/2020 | 21 | MOTION to Adjourn of status and exclude time by Philip M. Close. (Burger, Anne) [6:19-mj-00721-MJP] (Entered: 09/01/2020) |
| 09/02/2020 | 22 | TEXT ORDER granting 21 Motion to Adjourn Status Conference as to Philip M. Close (1). The Status Conference shall be adjourned until 10/1/2020 at 9:30 AM before Hon. Mark W. Pedersen. At defendant's request, time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (h)(7)(A). I find that the defendant's and the public's interest in a speedy trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government. The matter will take place in the Courthouse. Parties wishing to listen to the proceeding should contact 877-402-9753, and enter access code 7137484 at the scheduled date and time. SO ORDERED. Signed by Hon. Mark W. Pedersen on 9/2/2020.(JB) [6:19-mj-00721-MJP] (Entered: 09/02/2020) |
| 09/25/2020 | 23 | MOTION to Adjourn of status and exclude time by Philip M. Close. (Burger, Anne) [6:19-mj-00721-MJP] (Entered: 09/25/2020) |
| 09/28/2020 | 24 | TEXT ORDER granting 23 Motion to Adjourn Status Conference as to Philip M. Close (1). The Status Conference shall be adjourned until 10/27/2020 at 9:30 AM before Hon. Mark W. Pedersen. At defendant's request, time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (h)(7)(A). I find that the defendant's and the public's interest in a speedy trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government. The matter will take place in the Courthouse. Parties wishing to listen to the proceeding should contact 877-402-9753, and enter access code 7137484 at the scheduled date and time. SO ORDERED. Signed by Hon. Mark W. Pedersen on 9/28/2020.(JB) [6:19-mj-00721-MJP] (Entered: 09/28/2020) |
| 10/13/2020 | | NOTICE OF HEARING as to Philip M. Close. Plea Agreement Hearing set for 12/3/2020 at 11:00 AM before Hon. Charles J. Siragusa. (KJA) [6:19-mj-00721- |

| | | |
|---|---|---|
| | | MJP] (Entered: 10/13/2020) |
| 10/23/2020 | 25 | MOTION to Adjourn of status and exclude time by Philip M. Close. (Burger, Anne) [6:19-mj-00721-MJP] (Entered: 10/23/2020) |
| 10/26/2020 | 26 | TEXT ORDER granting 25 Motion to Adjourn Status Conference as to Philip M. Close (1). The Status Conference shall be adjourned until 12/8/2020 at 10:00 AM before Hon. Mark W. Pedersen. At defendant's request, time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (h)(7)(A). I find that the defendant's and the public's interest in a speedy trial are outweighed by the defendant's interest in having sufficient time to continue plea negotiations with the government. The matter will take place in the Courthouse. Parties wishing to listen to the proceeding should contact 877-402-9753, and enter access code 7137484 at the scheduled date and time. SO ORDERED. Signed by Hon. Mark W. Pedersen on 10/26/2020.(JB) [6:19-mj-00721-MJP] (Entered: 10/26/2020) |
| 10/26/2020 | | Set/Reset Hearings as to Philip M. Close:( Status Conference set for 12/8/2020 10:00 AM before Hon. Mark W. Pedersen.), Terminate Deadlines and Hearings as to Philip M. Close: (JB) [6:19-mj-00721-MJP] (Entered: 10/26/2020) |
| 11/30/2020 | 27 | LETTER ORDER as to Philip M. Close granting defendant's request to cancel Plea Hearing scheduled on 12/3/2020 at 11:00 AM before Hon. Charles J. Siragusa. Defendant not accepting Plea Agreement. Signed by Hon. Charles J. Siragusa on 11/30/20.(KJA) [6:19-mj-00721-MJP] (Entered: 11/30/2020) |
| 11/30/2020 | | NOTICE OF HEARING as to Philip M. Close Status Conference set for 12/3/2020 09:30 AM before Hon. Mark W. Pedersen. (KAP) [6:19-mj-00721-MJP] (Entered: 11/30/2020) |
| 11/30/2020 | 28 | MOTION Set Preliminary Hearing by Philip M. Close. (Burger, Anne) [6:19-mj-00721-MJP] (Entered: 11/30/2020) |
| 11/30/2020 | 29 | RESPONSE to Motion by USA as to Philip M. Close re 28 MOTION Set Preliminary Hearing (McGuire, Meghan) [6:19-mj-00721-MJP] (Entered: 11/30/2020) |
| 12/01/2020 | | CALENDAR EVENT as to Philip M. Close: The Status Conference on 12/3/2020 is cancelled, and a Preliminary Hearing is set for 12/14/2020 at 9:30 AM before Hon. Mark W. Pedersen. This conference will take place by Zoom. (JB) [6:19-mj-00721-MJP] (Entered: 12/01/2020) |
| 12/10/2020 | 30 | INDICTMENT as to Philip M. Close (1) count(s) 1-61, 62-74. (JHF) (Entered: 12/10/2020) |
| 12/10/2020 | 31 | Sealed Unredacted Document as to Philip M. Close filed pursuant to FRCrP 49.1. (JHF) (Entered: 12/10/2020) |
| 12/10/2020 | 32 | TEXT ORDER OF REFERRAL: Hon. Mark W. Pedersen, United States Magistrate Judge, is hereby designated to act in this case as follows: All pre-trial matters in this case are referred to the above-named United States Magistrate Judge, including all pre-trial matters that a Magistrate Judge may hear and determine pursuant to 28 U.S.C. Section 636(b)(1)(A), and those which a Magistrate Judge may hear and thereafter file a report and recommendation for disposition pursuant to Section 636(b)(1)(B). All |

| | | |
|---|---|---|
| | | procedural aspects of matters properly before the Magistrate Judge under this Order, including scheduling and the filing of briefs or other supporting material, shall be determined by the Magistrate Judge. All motions or applications shall be filed with the Clerk and made returnable before the Magistrate Judge. IT IS SO ORDERED. Signed by Hon. Charles J. Siragusa on 12/10/20. (JHF) (Entered: 12/10/2020) |
| 12/11/2020 | | CALENDAR EVENT as to Philip M. Close: Arraignment set for 12/14/2020 at 9:30 AM before Hon. Mark W. Pedersen. The matter will take place via Zoom. Parties that wish to attend the proceeding virtually will contact Chambers at pedersen@nywd.uscourts.gov no later than 24 hours prior to the conference. Requests made on the day of may not be able to be accommodated. (JB) (Entered: 12/11/2020) |
| 12/14/2020 | 33 | Minute Entry for proceedings held before Hon. Mark W. Pedersen:Arraignment as to Philip M. Close (1) Count 1-61,62-74 held by ZoomGov on 12/14/2020. Appearances: Anne M. Burger, AFPD w/ deft; Meghan K. McGuire, AUSA. Deft advised of charges, rights, and maximum penalties. Deft waives full reading of the indictment, pleads not guilty on all counts. Parties agree to a proposed schedule, scheduling order to be issued. Oral Argument set for 4/1/2021 at 10:00 AM before Hon. Mark W. Pedersen. TIME EXCLUDED FROM 12/14/2020 TO 2/11/2021 FOR REASONS STATED ON THE RECORD. Deft remains in custody. (Court Reporter ZoomGov.)(JB) (Entered: 12/14/2020) |
| 12/17/2020 | 34 | ORDER regarding continuing *Brady* obligations as to Philip M. Close. Signed by Hon. Mark W. Pedersen on 12/14/20.(KAP) (Entered: 12/17/2020) |
| 12/17/2020 | 35 | ORDER REGARDING USE OF VIDEO OR TELECONERENCING as to Philip M. Close. Signed by Hon. Mark W. Pedersen on 12/14/20.(KAP) (Entered: 12/17/2020) |
| 12/17/2020 | 36 | SCHEDULING/CASE MANAGEMENT ORDER as to Philip M. Close (Please Note: This docket text may not contain the entire contents of the attached Order. It is your responsibility to read the attached Order and download it for future reference. Direct any questions to the Chambers of the Judge who entered this Order.), ( Motions due by 2/11/2021. Responses due by 3/11/2021. Oral Argument set for 4/1/2021 10:00 AM before Hon. Mark W. Pedersen.), ( Motions due by 2/11/2021., Responses due by 3/11/2021.) Discovery completed by 12/28/2020. In accordance with the holding in *Bloate v. United States*, 559 U.S. 196, 20304 (2010), the Court finds that the defendant's and the public's interest in a speedy trial is outweighed by the defendants interest in obtaining voluntary discovery and having sufficient time to review that discovery in order to frame appropriate motions. Therefore, the time period from the date of this order until the date motions are due to be filed is excluded under 18 U.S.C. §3161(h)(7).. Signed by Hon. Mark W. Pedersen on 12/14/20.(KAP) (Entered: 12/17/2020) |
| 12/28/2020 | 37 | NOTICE of Intent to Use Evidence by USA (McGuire, Meghan) (Entered: 12/28/2020) |
| 02/11/2021 | 38 | MOTION to Adjourn of motions filing deadline and exclude time by Philip M. Close. (Burger, Anne) (Entered: 02/11/2021) |
| | | |

| | | |
|---|---|---|
| 02/11/2021 | | NOTICE OF HEARING as to Philip M. Close. Plea Agreement Hearing set for 2/25/2021 at 11:00 AM before Hon. Charles J. Siragusa to be held via Zoom for Government. Public access to this proceeding can be obtained by contacting Judge Siragusa's chambers at (585) 613-4054. (KJA) (Entered: 02/11/2021) |
| 02/22/2021 | 39 | Letter filed by USA as to Philip M. Close *Pimentel Letter* (McGuire, Meghan) (Entered: 02/22/2021) |
| 02/25/2021 | 40 | Minute Entry for proceedings held before Hon. Charles J. Siragusa: *All parties appearing by video conference.* Meghan McGuire, AUSA appearing on behalf of government. Anne Burger, AFPD appearing with defendant. Plea Hearing as to Philip M. Close not held on 2/25/2021. Defense counsel requests two week adjournment to review government's documents discussed on the record with defendant. No objection by government. Court grants. Plea Agreement Hearing reset for 3/12/2021 at 10:00 AM before Hon. Charles J. Siragusa to be held via Zoom for Government. Public access to this proceeding can be obtained by contacting Judge Siragusa's chambers at (585) 613-4054 the day prior to the proceeding. Speedy trial time excluded. Government to prepare and submit Order to the Court. (Court Reporter Diane Martens.)(KJA) Modified on 2/25/2021 (KJA). (Entered: 02/25/2021) |
| 02/25/2021 | 41 | ORDER REGARDING USE OF VIDEO OR TELECONFERENCING as to Philip M. Close. Signed by Hon. Charles J. Siragusa on 2/25/2021.(KJA) (Entered: 02/25/2021) |
| 02/25/2021 | | E-Filing Notification: Amended 40 Minute Entry to reflect that speedy trial time excluded. Government to prepare and submit an Order to the Court. (KJA) (Entered: 02/25/2021) |
| 03/01/2021 | 42 | SPEEDY TRIAL EXCLUSION ORDER and ORDER TO CONTINUE - Ends of Justice as to Philip M. Close. Time excluded from 2/25/2021 until 3/12/2021. Signed by Hon. Charles J. Siragusa on 3/1/2021.(KJA) (Entered: 03/01/2021) |
| 03/04/2021 | 43 | ORDER finding as moot 38 Motion to Adjourn as to Philip M. Close (1). Signed by Hon. Mark W. Pedersen on 3/4/21.(Pedersen, Mark) (Entered: 03/04/2021) |
| 03/12/2021 | 44 | ORDER REGARDING USE OF VIDEO OR TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS as to Philip M. Close. Signed by Hon. Charles J. Siragusa on 3/12/21.(KAP) (Entered: 03/12/2021) |
| 03/12/2021 | 45 | Minute Entry for proceedings held before Hon. Charles J. Siragusa: *All parties appearing by video conference.* Meghan McGuire, AUSA appearing on behalf of government. Anne Burger, AFPD appearing with defendant. Plea Hearing as to Philip M. Close held on 3/12/2021. Plea entered by Philip M. Close (1), Guilty Counts 1-61 and 62-74 of the Indictment. Court Exhibit 1 marked and received. PROBATION NOTIFIED OF PLEA. Sentencing set for 8/16/2021 at 10:00 AM before Hon. Charles J. Siragusa. (Court Reporter Diane Martens.) (KJA) Modified on 3/15/2021 (KJA). (Entered: 03/12/2021) |
| 03/12/2021 | 46 | Sealed Document as to Philip M. Close: Court Exhibit 1. (JHF) (Entered: 03/12/2021) |
| 03/12/2021 | 47 | SENTENCING GUIDELINE ORDER as to Philip M. Close. Sentencing set for 8/16/2021 at 10:00 AM before Hon. Charles J. Siragusa. Signed by Hon. |

| | | |
|---|---|---|
| | | Charles J. Siragusa on 3/12/2021.(KJA) (Entered: 03/12/2021) |
| 03/15/2021 | | E-Filing Notification: Amended text in 45 Minute Entry to reflect that Court Exhibit 1 was marked and received. (KJA) (Entered: 03/15/2021) |
| 04/05/2021 | 48 | TEXT ORDER as to Philip M. Close granting defendant's request for adjournment. Sentencing reset for 8/3/2021 at 9:15 AM before Hon. Charles J. Siragusa. Signed by Hon. Charles J. Siragusa on 4/5/2021.(KJA) (Entered: 04/05/2021) |
| 06/11/2021 | 49 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Philip M. Close. (Bezenah, Jennifer) (Entered: 06/11/2021) |
| 06/23/2021 | 50 | MOTION for Protective Order by USA as to Philip M. Close. (McGuire, Meghan) (Entered: 06/23/2021) |
| 06/24/2021 | 51 | PROTECTIVE ORDER granting 50 Motion for Protective Order as to Philip M. Close (1). Signed by Hon. Charles J. Siragusa on 6/24/21.(KAP) (Entered: 06/24/2021) |
| 07/12/2021 | 52 | STATEMENT WITH RESPECT TO SENTENCING FACTORS by USA as to Philip M. Close (McGuire, Meghan) (Entered: 07/12/2021) |
| 07/14/2021 | 53 | PRELIMINARY ORDER OF FORFEITURE as to Philip M. Close. Signed by Hon. Charles J. Siragusa on 7/14/21.(KAP) (Entered: 07/14/2021) |
| 07/14/2021 | 54 | REVISED PRESENTENCE INVESTIGATION REPORT (Sealed) as to Philip M. Close. (Bezenah, Jennifer) (Entered: 07/14/2021) |
| 07/27/2021 | 55 | RECOMMENDATION (Sealed) as to Philip M. Close. (Bezenah, Jennifer) (Entered: 07/27/2021) |
| 07/28/2021 | 56 | MOTION to Seal *Objections to PSR* by Philip M. Close. (Burger, Anne) (Entered: 07/28/2021) |
| 07/28/2021 | 57 | RESPONSE in Opposition by USA as to Philip M. Close re 56 MOTION to Seal *Objections to PSR* (McGuire, Meghan) (Entered: 07/28/2021) |
| 07/30/2021 | 58 | STATEMENT WITH RESPECT TO SENTENCING FACTORS by Philip M. Close (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Burger, Anne) (Entered: 07/30/2021) |
| 08/02/2021 | 59 | TEXT ORDER denying 56 Motion to Seal as to Philip M. Close (1). Defense counsel is directed to file the objections with the specific identifying information (date of birth) redacted from the filing. Signed by Hon. Charles J. Siragusa on 8/2/21.(KAP) (Entered: 08/02/2021) |
| 08/02/2021 | 60 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Plea Hearing as to Philip M. Close held on March 12, 2021, before Judge Charles J. Siragusa. Court Reporter Diane S. Martens, dimartens55@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/23/2021. Redacted Transcript Deadline set for 9/2/2021. Release of Transcript Restriction set for 11/1/2021. (DSM) (Entered: 08/02/2021) |
| 08/02/2021 | 61 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Philip M. |

| | | |
|---|---|---|
| | | Close (Burger, Anne) (Entered: 08/02/2021) |
| 08/03/2021 | [62](#) | REVISED PRESENTENCE INVESTIGATION REPORT (Sealed) as to Philip M. Close. (Bezenah, Jennifer) (Entered: 08/03/2021) |
| 08/03/2021 | 63 | Minute Entry for proceedings held before Hon. Charles J. Siragusa: Meghan McGuire, AUSA appearing on behalf of government. Anne Burger, AFPD appearing with defendant. Jessica Rider, USPO and Nicholas Bavaria, USPO appearing for Probation. Sentencing held on 8/3/2021 for Philip M. Close (1), Counts 1-74 of the Indictment. Defendant is sentenced to the custody of the Bureau of Prisons for a term of 360 months on each of Counts 1 through 61 to run concurrently to each other, and 240 months on each of Counts 62 through 74 to run concurrently to each other, and to run consecutively to Counts 1 through 61, for a total term of 600 months (cost of incarceration fee waived); supervised release upon release from imprisonment for a term of 10 years on each of Counts 1 through 74, all to run concurrently, for a total term of 10 years; no fine; $2500 AVAA assessment; $100 special assessment on each count, for a total of $7400 due immediately; no JVTA assessment; forfeiture of property as set forth; and other conditions as set forth. (Court Reporter Diane Martens.)(KJA) (Entered: 08/04/2021) |
| 08/06/2021 | [64](#) | JUDGMENT as to Philip M. Close (1), Count(s) 1-61, Defendant is sentenced to the custody of the Bureau of Prisons for a term of 360 months on each of Counts 1 through 61 to run concurrently to each other, and 240 months on each of Counts 62 through 74 to run concurrently to each other, and to run consecutively to Counts 1 through 61, for a total term of 600 months (cost of incarceration fee waived); supervised release upon release from imprisonment for a term of 10 years on each of Counts 1 through 74, all to run concurrently, for a total term of 10 years; no fine; $2500 AVAA assessment; $100 special assessment on each count, for a total of $7400 due immediately; no JVTA assessment; forfeiture of property as set forth; and other conditions as set forth.; Count(s) 62-74, Defendant is sentenced to the custody of the Bureau of Prisons for a term of 360 months on each of Counts 1 through 61 to run concurrently to each other, and 240 months on each of Counts 62 through 74 to run concurrently to each other, and to run consecutively to Counts 1 through 61, for a total term of 600 months (cost of incarceration fee waived); supervised release upon release from imprisonment for a term of 10 years on each of Counts 1 through 74, all to run concurrently, for a total term of 10 years; no fine; $2500 AVAA assessment; $100 special assessment on each count, for a total of $7400 due immediately; no JVTA assessment; forfeiture of property as set forth; and other conditions as set forth. Additional certified copies forwarded to USPO, USM, US Attorney, Debt Collection, Financial Department. Signed by Hon. Charles J. Siragusa on 8/6/2021.(LMD) (Entered: 08/09/2021) |
| 08/06/2021 | [65](#) | Sealed Document (Statement of Reasons) as to Philip M. Close. (LMD) (Entered: 08/09/2021) |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |
| 08/10/2021 10:44:31 |

| | | | |
|---|---|---|---|
| **PACER Login:** | jovsiovitch201:4368794:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:20-cr-06135-CJS-MJP |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**